**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Dale Moore,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　　Defendants. | No. CV-20-01223-PHX-ROS (ESW)<br><br>**ORDER** |

　　　　Pending before the Court is Defendant Nielsen's Motion for Leave to File an Amended Answer to Plaintiff's Complaint (Doc. 53). No response has been filed and the time to do so has passed. LRCiv 7.2(i). For good cause shown,

　　　　IT IS ORDERED that the Motion for Leave to File an Amended Answer to Plaintiff's Complaint is granted (Doc. 53).

　　　　IT IS FURTHER ORDERED that Defendant Nielsen shall have seven days from the filing of this Order to file his Amended Answer to Plaintiff's Complaint which shall conform in substantive respects to the form of the proposed amendment attached to defendant Nielsen's motion (Doc. 53).

　　　　Dated this 10th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge